# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORA ANN GARCIA, individually** | * | **CIVIL ACTION NO.** |
| **and as personal representative of** | * | |
| **decedent, RICHARD GONZALEZ GARCIA** | * | |
| | * | **SECTION** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **DYNAMIC INDUSTRIES, INC. AND** | * | **MAGISTRATE** |
| **SHELL OIL COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of Nora Ann Garcia, individually and as personal representative of decedent, Ricardo Gonzalez Garcia, (hereinafter "Plaintiff"), a citizen of the United States and person of majority age, with respect represents:

1.

Made Defendants herein are:

> (a) Dynamic Industries, Inc. (hereinafter "Dynamic"), a corporation authorized to do and doing business in the State of Louisiana and this judicial district at all material times; and

> (b) Shell Oil Company (hereinafter "Shell"), a corporation authorized to do and doing business in the State of Louisiana and this judicial district at all material times.

## BACKGROUND FACTS

2.

At all material times, decedent, Ricardo Gonzalez Garcia, was employed by Dynamic as a seaman within the intendment of the Jones Act, 46 U.S.C. § 30104, *et. seq*., for which job he earned approximately $2,650.00 per week, plus found and fringe benefits.

3.

At all material times, defendant Shell owned, operated and controlled the FPSO Turritella, a floating oil production, storage and offloading vessel in navigation in the Gulf of Mexico off of the Coast of Louisiana.

4.

From approximately March 15, 2019, through August 21, 2021, decedent was assigned to work aboard the FPSO Turritella on consecutive fourteen-day hitches, which total approximately sixteen months of his twenty-nine month employment with Dynamic, or approximately fifty-five percent of decedent's total work time.

5.

From sometime in early 2021 until approximately late May, 2021, Defendants Dynamic and/or Shell required workers including plaintiff to quarantine and undergo Covid-19 testing prior to transport to the FPSO Turritella to ensure that they were not infected by the virus when they boarded the vessel for their scheduled hitch.

6.

Upon information and belief, on or about May 25, 2021, defendants Dynamic and/or Shell ended the above-described Covid-19 prevention protocol and began allowing workers like decedent to travel to and board the FPSO Turritella without quarantine, covid testing or virus

prevention protocol. At minimum, this was the last date that decedent was subjected to Covid-19 screening.

7.

On July 21, 2021, decedent arrived at the PHI facility in Houma to board a helicopter to be transported to the FPSO Turritella for a two-week hitch. Based upon information and belief, no quarantine, testing or other Covid-19 prevention protocol was in place. Decedent and others traveled to the vessel without any virus screening measures having been done.

8.

Decedent was approximately ten days into his fourteen day hitch when he encountered persons aboard the vessel who were experiencing Covid-19 symptoms.

9.

Decedent then learned that persons lawfully aboard the FPSO Turritella were ill with Covid-19.

10.

Despite the known presence of Covid-19 aboard the FPSO Turritella, decedent was not sent home. Rather, he was asked to stay aboard the vessel two additional days beyond his normal fourteen day hitch to assist in storing equipment and otherwise preparing the vessel for a cessation of vessel based activities, apparently in response to the spreading Covid-19 virus aboard the vessel.

11.

Decedent left the FPSO Turritella and went directly home on or about August 6, 2021. He was symptom free when he arrived at home.

12.

Decedent developed Covid-19 symptoms over the next twenty-four hours despite not having been exposed to the virus after leaving the FPSO Turritella.

13.

Decedent's condition gradually worsened to the point where he was taken to CHRISTUS Spohn Shoreline Hospital for treatment of Covid-19. Despite the best efforts of medical and hospital personnel, Covid-19 caused decedent to develop a severe blood clot in a lower extremity and his untimely death from Covid-19 related pneumonia on August 21, 2021.

## FIRST CAUSE OF ACTION

14.

Plaintiff repeats and reavers all factual allegations stated herein as if replead in their entirety.

15.

The untimely death of Ricardo Gonzalez Garcia was caused by the negligence of defendants Dynamic, as Jones Act employer, and Shell as borrowing Jones Act employer, in failing to provide decedent with a safe workplace free of unreasonable risk of illness, failing to implement and maintain policies and procedures intended to prevent the presence of Covid-19 aboard the vessel, protect persons lawfully aboard the D/S Turritella from exposure to Covid-19, failing to train the vessel crew on actions necessary to prevent contracting and spreading Covid-19 aboard the D/S Turritella and allowing persons infected with Covid-19 to board and remain aboard the vessel.

16.

As a consequence of the events and occurrences described herein, and the resulting death

of decedent, plaintiff, Rosa Ann Garcia, as his surviving spouse and personal representative, is entitled to recover damages for decedent's past emotional and physical pain and suffering, loss of economic support on behalf of all of those dependent upon decedent for said support at the time of his death, and funeral and burial expenses.

17.

Jurisdiction of this first cause of action against the defendants is based upon the Jones Act, 46 U.S.C. § 30104, *et. seq*., and/or the general maritime law.

**SECOND CAUSE OF ACTION**

18.

Plaintiff repeats and reavers all allegations of fact and law contained in the previous paragraph herein as if replead in their entirety.

19.

The medical condition of vessel crew members and invitees lawfully aboard the FPSO Turritella, rendered the vessel unfit for its intended purpose and therefore unseaworthy, which unseaworthiness, concurrently along with the combined negligence of Dynamic and Shell described herein caused decedent's death, for which unseaworthy condition defendant Shell Oil Company is liable as the owner and/or operator of the FPSO Turritella.

20.

As a consequence of the unseaworthiness of the FPSO Turritella, the resulting events and occurrences described herein and the resulting death of decedent, plaintiff, Nora Ann Garcia, as his surviving spouse and personal representative, is entitled to recover damages for decedent's past emotional and physical pain and suffering, loss of economic support on behalf of all of those dependent upon decedent for said support at the time of his death, and funeral and burial

expenses.

21.

Jurisdiction of this second cause of action against the defendants is based upon the Jones Act, 46 U.S.C. § 30104, *et. seq*., and/or the general maritime law.

**WHEREFORE**, after due proceedings had, Plaintiff, Nora Ann Garcia, individually and as personal representative of decedent, Ricardo Gonzalez Garcia prays for judgment in her favor and against Defendants, Dynamic Industries, Inc. and Shell Oil Company for compensatory damages in an amount reasonable under the circumstances of this cause, decedent's past emotional and physical pain and suffering, loss of economic support on behalf of all persons dependent upon decedent for said support, funeral and burial expenses, plus costs interest as allowed by law, and for all additional general and equitable relief to which plaintiff may entitled under the circumstances of this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817) (T.A.)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
babramson@lksalaw.com

COUNSEL FOR PLAINTIFF

**PLEASE SERVE:**

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC.** | **SHELL OIL COMPANY** |
| Through its registered agent for service | Through its registered agent for service |
| Mark Mahfouz | CT Corporation System |
| 400 Poydras Street, Suite 800 | 3867 Plaza Tower Drive |
| New Orleans, Louisiana 70130 | Baton Rouge, Louisiana 70816 |