## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORA ANN GARCIA, individually**<br>**and as personal representative of**<br>**decedent, RICHARD GONZALEZ GARCIA** | * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO. 2:22-cv-00067**<br><br>**SECTION: F** |
| **VERSUS** | * <br> * | **JUDGE: MARTIN L.C. FELDMAN** |
| **DYNAMIC INDUSTRIES, INC. AND**<br>**SHELL OIL COMPANY** | * <br> * <br> * | **MAGISTRATE: MICHAEL NORTH**<br><br>**JURY TRIAL REQUESTED** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AMENDED COMPLAINT FOR DAMAGES UNDER THE JONES ACT AND GENERAL MARITIME LAW

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

Nora Ann Garcia, individually and as personal representative of decedent, Richard Gonzalez Garcia, through undersigned counsel, amends her Complaint for Damages as follows:

1.

Nora Ann Garcia is a person of full age, a citizen of the United States and residing in Corpus Christi, Texas.

2.

Named Defendants herein are:

- (a) Dynamic Industries, Inc. (hereinafter "Dynamic"), a corporation authorized to do and doing business in the State of Louisiana and this judicial district at all material times; and

- (b) Shell Oil Company (hereinafter "Shell"), a corporation authorized to do and doing business in the State of Louisiana and this judicial district at all material times.

3.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 2 through 21 of her Complaint for Damages as if specifically re-pled herein in their entirety.

4.

Plaintiff hereby requests a trial by jury on all issues raised herein pursuant to 46 U.S.C. §30104.

5.

Jurisdiction over this Amended Complaint is based upon the Jones Act, 46 U.S.C. §30104, et seq.

WHEREFORE, after due proceedings had, Plaintiff, Nora Ann Garcia, individually and as personal representative of decedent, Ricardo Gonzalez Garcia prays for judgment in her favor and against Defendants, Dynamic Industries, Inc. and Shell Oil Company for compensatory damages in an amount reasonable under the circumstances of this cause, decedent's past emotional and physical pain and suffering, loss of economic support on behalf of all persons dependent upon decedent for said support, funeral and burial expenses, plus costs interest as allowed by law, and for all additional general and equitable relief to which plaintiff may entitled under the circumstances of this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817) (T.A.)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
babramson@lksalaw.com

COUNSEL FOR PLAINTIFF

**PLEASE SERVE:**

**DYNAMIC INDUSTRIES, INC.**
Through its registered agent for service
Mark Mahfouz
400 Poydras Street, Suite 800
New Orleans, Louisiana 70130

**SHELL OIL COMPANY**
Through its registered agent for service
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816